UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| BRYCE BURTON, *et al.*, ) | C.A. No.: 8:10-cv-00209-MGL | |
| on behalf of themselves and all others ) | | |
| similarly situated, ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| CHRYSLER GROUP LLC, ) | **CHRYSLER GROUP LLC'S** | |
| ) | **MEDIATION REPORT AND** | |
| Defendant. ) | **NOTICE OF SETTLEMENT** | |
| _____ ) | | |

    Defendant Chrysler Group LLC hereby submits the following report regarding the Court-ordered mediation:

    1.    On September 20, 2012, this Court ordered that a mediation was to be completed prior to February 1, 2013.  The mediation was held on January 30, 2013.

    3.    As a result of the mediation, the parties reached a settlement on the individual claims of each of the remaining Plaintiffs.

    4.    Under the terms of the settlement, Plaintiffs will dismiss this case with prejudice once the settlements are finalized.

This 31st day of January, 2013
Greenville, South Carolina

                                        /s/ Michael S. Cashman
                                        Sandra L.W. Miller (Fed. ID No. 5315)
                                           samiller@wcsr.com
                                        Michael S. Cashman (Fed. ID No. 9937)
                                           mcashman@wcsr.com
                                        Womble Carlyle Sandridge & Rice, PLLC
                                        550 South Main Street, Suite 400
                                        Greenville, South Carolina 29601
                                        Phone: (864) 255-5400

2

       Kathy A. Wisniewski
        kwisniewski@thompsoncoburn.com
       John W. Rogers
        jrogers@thompsoncoburn.com
       Thompson Coburn LLP
       One US Bank Plaza
       St. Louis, MO  63101
       Telephone:  (314) 552-6000

*Attorneys for Defendant Chrysler Group LLC*